## Case No. 2,985.

### COLEMAN v. MARTIN et al.

[6 Blatchf. 119.][1]

Circuit Court, S. D. New York. April 20, 1868.

#### APPLICATION TO BE MADE PARTY.

A person who has no interest, in a legal sense, in the subject-matter of a suit in personam, and who is not a party to it, cannot compel the plaintiff to make him a party.

[Cited in Drake v. Goodridge, Case No. 4,-062; Scott v. Mansfield, C. & L. M. R. Co., Id. 12,541; Chester v. Life Ass'n of America, 4 Fed. 492.]

[In equity. Bill by Charles R. Coleman against D. Randolph Martin and others.]

This was an application made to the court, by petition, by Charles H. Stewart, who was not a party to the suit, praying that he might be made a party defendant. The ground of his application was, that, by reason of certain matters, which he set forth, he might be held, both legally and morally, responsible, pecuniarily and personally, for certain transactions of which the plaintiff complained in his bill; and that the decree of this court in the suit would have "a powerful influence" in contributing to that result.

Luther R. Marsh, for petitioner.
E. Louis Lowe, for plaintiff.

---

---

## Case No. 2,986.

### COLEMAN v. MARTIN et al.

[6 Blatchf. 291.][1]

Circuit Court, S. D. New York. Dec. 30, 1868.

#### PLEADING IN EQUITY—REPLICATION — ENLARGING TIME TO TAKE PROOFS—PRACTICE.

1. Under rule 66 of the rules in equity prescribed by the supreme court, the answer of every defendant in a suit in equity, when sufficient, must be replied to, without reference to the state of the cause or of the pleadings in regard to any other defendant.

2. The practice as to enlarging the time for the plaintiff to take proofs, under such circumstances, stated.

---

[1] [Reported by Hon. Samuel Blatchford, District Judge, and here reprinted by permission.]

[1] [Reported by Hon. Samuel Blatchford, District Judge, and here reprinted by permission.]

[In equity. Bill by Charles R. Coleman against D. Randolph Martin and others.]

Enoch Louis Lowe and Robert J. Brent, for plaintiff.

Enoch L. Fancher, for defendant Martin.

BLATCHFORD, District Judge. Under rule 66 of the rules in equity prescribed by the supreme court, the answer of every defendant, when sufficient, must be replied to, without reference to the state of the cause or of the pleadings in regard to any other defendant. The replication must be a general one. Rule 45 abolishes special replications. Any defendant, whose answer is sufficient, has a right to have the cause, as to him, put at issue, so that he may, under rules 67, 68, and 69, proceed to take his testimony, if he wishes to. But, where the cause is not at issue as to all the defendants, and where it is not proper to compel the plaintiff to go to proofs until it is at issue as to all of them, the court will, on a proper application, enlarge the time, under rule 69, for the plaintiff to take proofs in respect of the defendants as to whom the cause is at issue.